IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| MILTON HARPER, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>C.R. ENGLAND, INC., et al.,<br><br>    Defendants. | **ORDER AMENDING<br>BRIEFING SCHEDULE**<br><br><br><br>Case No. 2:16-CV-906<br><br>Judge Dee Benson |

On November 29, 2016, the Court heard argument on the Motion for Final Approval of Class Action Settlement [34] and attorney fees [33], and set a briefing schedule for the pending motions to intervene.

By this Order, the Court amends the schedule set forth at the November 29th hearing and orders that the remaining briefing be submitted as follows:

- All briefing in opposition to the motions to intervene must be filed no later than Friday, December 2, 2016; and

- The final reply briefs (in support of the motions to intervene) must be filed no later than Friday, December 9, 2016.

DATED this 1st day of December, 2016.

_____
Dee Benson
United States District Judge